UNITED STATES BANRKTUPCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

443 HANCOCK STREET LLC,              18-44138 (CEC)

                 Debtor.           Chapter 11
-----------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASE

Based upon this Court's conditional order dated October 11, 2018 (the "Conditional Order") and the Debtor's failure to comply with the provisions of the Conditional Order, and it appearing that appropriate notice has been given, and sufficient cause existing under 11 U.S.C. § 1112(b), it is hereby

Ordered, that this case, commenced under Chapter 11 of the Bankruptcy Code, is hereby dismissed pursuant to 11 U.S.C. § 1112(b); and it is further

Ordered, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930 within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.



**Dated: Brooklyn, New York**
**November 8, 2018**

_____
**Carla E. Craig**
**United States Bankruptcy Judge**